JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ANDERSON, et al., ) | Case No.: CV 12-5037 DSF (Ex) |
| Plaintiffs, ) | |
| vs. ) | JUDGMENT |
| WAL-MART STORES, INC. and ) DOES 1 through 100, inclusive, ) | |
| Defendants. ) | |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that Bernhard Gerhards's claims be dismissed for lack of prosecution and having dismissed all other claims pursuant to a stipulation between the parties, IT IS ORDERED AND ADJUDGED that Bernhard Gerhards take nothing and that his claims be dismissed without prejudice.

Dated: 8/1/13

_____
Dale S. Fischer
United States District Judge